# United States Court of Appeals for the Federal Circuit

---

October 29, 2015

**ERRATUM**

---

Appeal Nos. 2015-1071, 2015-1105

---

**ATLAS IP, LLC,**

*Plaintiff-Appellant*

**v.**

**MEDTRONIC, INC., MEDTRONIC USA, INC., MEDTRONIC MINIMED, INC.,**

*Defendants-Cross-Appellants*

---

Decided: October 29, 2015
Precedential Opinion

---

The following change has been made on page 17, line 3 of the opinion: change "sets" to "refers to setting."